LAWRENCE BREWSTER, Regional Solicitor
DAVID M. KAHN, Counsel for Employment Standards
California State Bar Number 230957
United States Department of Labor
Office of the Solicitor
90 Seventh St., Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7756
Facsimile: (415) 625-7772
email: kahn.david.m@dol.gov

Attorneys for Hilda Solis, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| HILDA SOLIS, Secretary of Labor, United States Department of Labor,<br><br>　　　　Plaintiff,<br>　　v.<br><br>SWF LTD., d/b/a SOUTHWEST FLOOR CARE, an Arizona corporation; TIMOTHY SHORT, an individual; JOLINE SHORT, an individual; HUGH HULL, an individual; and DONNA MARIE HULL, an individual,<br><br>　　　　Defendants. | Case No.:<br><br>COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT |

　　Plaintiff, **HILDA SOLIS**, Secretary of Labor, United States Department of Labor, brings this action to enjoin defendants **SWF LTD. d/b/a SOUTHWEST FLOOR CARE, a corporation, TIMOTHY SHORT, an individual,** and **HUGH HULL, an individual,** from violating the provisions of sections 6, 7, and 15 of the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. §201, *et seq.*), hereinafter called the Act, pursuant to section 17 of the Act; and to recover unpaid

*Complaint* 1

1 overtime compensation owing to defendants' employees, together with an equal
2 amount as liquidated damages, pursuant to section 16(c) of the Act.

**I**

Jurisdiction of this action is conferred upon the court by sections 16(c) and 17 of the Act and 28 U.S.C. §1345.

**II**

(a) Defendant, **SWF LTD.,** is and at all times hereinafter mentioned was a corporation with an office and a place of business at 175 S. Hamilton Place, Building 6, Suite 113, Gilbert, Arizona 85233, within the jurisdiction of this court, and is and at all times hereinafter mentioned was engaged under the name and style of Southwest Floor Care in the operation of providing commercial janitorial services and in the performance of related types of activities.

(b) Defendant, **TIMOTHY SHORT**, an individual, resides in San Tan Valley, Arizona, within the jurisdiction of this court, and at all times hereinafter mentioned acted directly or indirectly in the interest of the corporate defendant in relation to its employees.

(c) Defendant, **HUGH HULL**, an individual, resides in Scottsdale, Arizona, within the jurisdiction of this court, and at all times hereinafter mentioned acted directly or indirectly in the interest of the corporate defendant in relation to its employees.

(d) Defendant, **JOLINE SHORT**, an individual residing in San Tan Valley, Arizona, at all times relevant to this Complaint, has been the spouse of Defendant Timothy Short.  Joline Short is named as a defendant pursuant to Ariz. Rev. Stat. § 25-215 solely to assure that complete relief can be granted.  The Secretary alleges, on information and belief, that all actions by Defendant Timothy

1 Short alleged herein were undertaken while married to Defendant Joline Short, that
2 his actions benefited the marital community and that Timothy and Joline Short
3 hold their assets as community property.

4     (e)    Defendant, **DONNA MARIE HULL**, an individual residing in
5 Scottsdale, Arizona, at all times relevant to this Complaint, has been the spouse of
6 Defendant Hugh Hull. Donna Marie Hull is named as a defendant pursuant to
7 Ariz. Rev. Stat. § 25-215 solely to assure that complete relief can be granted. The
8 Secretary alleges, on information and belief, that all actions by Defendant Hugh
9 Hull alleged herein were undertaken while married to Defendant Donna Marie
10 Hull, that his actions benefited the marital community and that Hugh and Donna
11 Marie Hull hold their assets as community property.

12                         **III**

13     Defendant **SWF LTD.** is and at all times hereinafter mentioned was engaged
14 in related activities performed through unified operation or common control for a
15 common business purpose, and is and at all times hereinafter mentioned was an
16 enterprise within the meaning of section 3(r) of the Act.

17                         **IV**

18     Defendant **SWF LTD.** at all times hereinafter mentioned was an enterprise
19 engaged in commerce or in the production of goods for commerce within the
20 meaning of section 3(s)(1)(A) the Act in that said enterprise at all times hereinafter
21 mentioned had employees engaged in commerce or in the production of goods for
22 commerce, or employees handling, selling, or otherwise working on goods or
23 materials that have been moved in or produced for commerce by any person and in
24 that said enterprise has and has had an annual gross volume of sales made or
25 business done of not less than $500,000.

*Complaint*                                                         3

V

Defendants **SWF LTD., TIMOTHY SHORT,** and **HUGH HULL** have repeatedly violated the provisions of sections 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), by paying many of their employees wages at rates less than $5.85 per hour through July 23, 2008, at rates less than $6.55 per hour from July 24, 2008, through July 23, 2009, and at rates less than $7.25 per hour since July 24, 2009, in workweeks when said employees were engaged in commerce and in the production of goods for commerce or were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid.

VI

Defendants **SWF LTD., TIMOTHY SHORT,** and **HUGH HULL** have repeatedly violated the provisions of sections 7 and 15(a)(2) of the Act, by employing many of their employees who in workweeks were engaged in commerce or in the production of goods for commerce, or who were employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, as aforesaid, for workweeks longer than forty hours without compensating said employees for their employment in excess of forty hours per week during such workweeks at rates not less than one and one-half times the regular rate at which they were employed.

VII

During the period since May 15, 2008, Defendants **SWF LTD., TIMOTHY SHORT,** and **HUGH HULL** have repeatedly violated the aforesaid provisions of the Act.  A judgment that enjoins and restrains such violations and includes the restraint of any withholding of payment of unpaid overtime compensation found by

1 the court to be due to present and former employees under the Act is expressly
2 authorized by section 17 of the Act.
3
4 **WHEREFORE**, cause having been shown, plaintiff prays for a judgment
5 against defendants as follows:
6     (a)    For an Order pursuant to section 17 of the Act, permanently enjoining
7 and restraining Defendants **SWF LTD., TIMOTHY SHORT,** and **HUGH**
8 **HULL**, their officers, agents, servants, employees, and those persons in active
9 concert or participation with them from prospectively violating the provisions of
10 section 15 of the Act; and
11     (b)    For an Order
12         (1)    pursuant to section 16(c) of the Act finding defendants liable
13 for unpaid overtime compensation due defendants' employees and for liquidated
14 damages equal in amount to the unpaid compensation found due defendants'
15 employees listed in the attached Exhibit A (additional back wages and liquidated
16 damages may be owed to certain employees presently unknown to plaintiff for the
17 period covered by this complaint) and that such unpaid overtime compensation and
18 liquidated damages be paid from: a) SWF Ltd.'s assets, b) Timothy Short's
19 separate property, c) Timothy Short's interest in the property that may be held as
20 community property with his spouse, Joline Short, d) Hugh Hull's separate
21 property, and e) Hugh Hull's interest in the property that may be held as
22 community property with his spouse, Donna Marie Hull; or in the event liquidated
23 damages are not awarded;
24         (2)    pursuant to section 17 of the Act enjoining and restraining
25 defendants, their officers, agents, servants, employees and those persons in active

1  concert or participation with defendants, from withholding payment of unpaid back
2  wages found to be due defendants' employees and pre-judgment interest computed
3  at the underpayment rate established by the Secretary of Treasury pursuant to 26
4  U.S.C. 6621 and that such withholding of payments be enjoined and restrained
5  from: a) SWF Ltd.'s assets, b) Timothy Short's separate property, c) Timothy
6  Short's interest in the property that may be held as community property with his
7  spouse, Joline Short, d) Hugh Hull's separate property, and e) Hugh Hull's interest
8  in the property that may be held as community property with his spouse, Donna
9  Marie Hull;

10          (c)     For an Order awarding plaintiff the costs of this action; and
11          (d)     For an Order granting such other and further relief as may be
12  necessary or appropriate.

14  Dated:  March 29, 2011

15                                          M. PATRICIA SMITH
                                            Solicitor of Labor
16
17                                          LAWRENCE BREWSTER
                                            Regional Solicitor
18
19                                          By:  /s/  David M. Kahn
                                                 DAVID M. KAHN
20                                               Counsel for Employment Standards

21                                          UNITED STATES
22                                          DEPARTMENT OF LABOR
                                            Attorneys for the Plaintiff

*Complaint*                          6

# EXHIBIT A

| | |
|---|---|
| ACEVEDO VILLA, SALOME | CARRASCO JORGE |
| AGUIRRE, OSCAR | CARRILLO H, DOMINGO |
| AISPURO, MARLENE | CASTILLO, DANILO JOSE |
| ALTAMIRANO, HUGO | CASTILLO, DENISH |
| ALTUZAR, ALIDA | CASTILLO, GERRADO |
| ALVARADO, EDUARDO | CASTILLO, JOSE |
| ALVAREZ, ERIKA | CASTILLO, MARIA |
| AMADOR CARDENAS | CASTREJON, RICARDO |
| AMANDA, MESSENGER | CASTRO, FRANCISCO |
| AMAYA, CESAR | CASTRO, OCTAVIO |
| AMBROCIO A, SERGIO | CHAPARRO VALDEZ |
| AMMONS, JORGE | CHAVARRIA, SAUL |
| ANDRADE, RAFAEL | CORONA, CORCUERA |
| ANICUA, JOSE | COTA, JESSICA |
| APALE ROJAS, VENANCIO | CRUZ, MIRNA |
| ARAIZA, SILVIA | CRUZ, NOEMI |
| ARGUELLO JIMENEZ | CRUZ HERNANDEZ JOSE |
| ARIAS CRUZ, BEATRIS | CRUZ VAZQUEZ PEDRO |
| ARIAS DE RIOS, MARIA | DASTIN, M |
| ARIPSE, MARY | DIAZ, GUADALUPE |
| ARIZAGA MORELOS | DIAZ GOMEZ CARLOS |
| ARNALDO ALVARADO | DIAZ LOPEZ, JOSE MANUEL |
| ARROYO, ROSIE | DOMINGUEZ, EDUARDO |
| ASHLEY, DONNA | DONGE AVILA, REYNA |
| AVALOS, CESAR | DORME, GARCIA |
| AVENDANO, JUAN | DUARTE, JOSE LUIS |
| AVILA, ALFREDO | DUARTE ARROYO, ROSIE |
| AVILA AVALOS, ALMA | ESCALANTE, OBED |
| AVILA ROBLES, ROBERTO | ESCOBAR, EDMUNDO |
| BADILLA, ARSENIO | ESCOBAR, GILDA |
| BAHENA, MARIA | ESCOBAR, MARTHA |
| BALADA, JULIO | ESCORCIA, OSVALDO |
| BALDERAS, ALFONSO | ESPARZA, JAVIER |
| BANUELOS, JUAN | ESPARZA COTA, ERIKA |
| BARRAZO, MONIQUE | ESPINO, FEDERICO |
| BARRON, SERGIO | ESPINO, YESSICA |
| BENITEZ-LOPEZ, ANGEL | ESPINOSA, ABILIO |
| BERRALLEZA, SERGIO | ESPINOSA, GALINDO |
| BORBOA, MIGUEL | ESPINOSA, LIZBETH |
| BRIONES, PATRICIA | ESPINOZA, MARTIZA |
| BUSTAMANTE, VIVIAN | ESQUIVEL, ALEJANDRO |
| BUSTOS, CARLOS | ESTRADA HERNANDEZ |
| CAMPAS, SUSANA | FABIAN, JUAN |
| CAMPOS, CARLOS | FELIPE LUIS, ROSARIO |
| CAMPOSECO VELAZQUEZ | FERRER, DANIEL |
| CANTORAL HERNANDEZ | FERRER, GERRADO |

| | | |
|---|---|---|
| 1 | FERRER, HECTOR | HERNANDEZ, MARIA |
| | FERRER, JOSE | HERNANDEZ, OTILIO |
| 2 | FERRER, JUAN | HERNANDEZ, PATRICIA |
| | FERRER, LAURA | HERNANDEZ ERNANDEZ |
| 3 | FIGUEROA, IGNACIO | HERNANDEZ HERNANDEZ |
| | FLORES, ARTURO | HERNANDEZ L, SANDRA |
| 4 | FLORES, NIEVES, MARK | HERNANDEZ LOPEZ |
| | FONTANES SANCHEZ | HERNANDEZ LOPEZ, SINDY |
| 5 | FRANCO, JESUS | HERNANDEZ MELCHOR |
| | GALLARDO, LOUIS | HERNANDEZ SANTIAGO |
| 6 | GALLEGOS, ANTONIA | HERRERA, CLAUDIO |
| | GALVAN, JULIO | HERRERA, JUVENICO |
| 7 | GARCIA, ALBERTO | HERRERA MALDONADO |
| | GARCIA, ALEJANDRO | HERRERA SANCHEZ |
| 8 | GARCIA, ANDRES | HINES, TABITHA |
| | GARCIA, ANGELICA | HOPE, JONATHAN |
| 9 | GARCIA, DANIEL | JAQUEZ RODRIGUEZ |
| | GARCIA, ELMA | JAVIER, LARA |
| 10 | GARCIA, RODOLFO | JIMENEZ, FLORIBERTO |
| | GARCIA, ROMAN | JIMENEZ, ROSEMBERG |
| 11 | GARZA, CECELIA | JOSYTEWA, LINO |
| | GERVACIOS, SERGIO | JUAREZ GARCIA, RAFAELA |
| 12 | GERVACIOS GROTH | LEUE FLORES, GRISELDA |
| | GOMEZ, DANIEL | LOPEZ, CARLOS |
| 13 | GOMEZ VELAZCO | LOPEZ, ENRIQUE |
| | GONALES, DANYA | LOPEZ, MARIANA |
| 14 | GONZALES, ALMA | LOPEZ CUEVAS, MARIA |
| | GONZALES, FRANCISCO | LOPEZ GARCIA, HEIDY |
| 15 | GONZALES, MARIA | LOPEZ PEREZ, YOVANI |
| | GONZALES, MARTHA | LOPEZ SANTIAGO, GLORIA |
| 16 | GONZALES, ROGELIO | LOYA, ZOILA |
| | GONZALES RUIZ, MARTINA | LOZANO, ANTONIO |
| 17 | GONZALEZ, OSVALDO | LUGO, JULIO |
| | GONZALEZ, TERESA | LUNA VELAZCO, CESAR |
| 18 | GONZALEZ, ESPINOSA | LYNN, JESSICA |
| | GONZALEZ RUIZ, PEDRO | MALDONADO, ADRIAN |
| 19 | GRANILLO, MARTHA | MANGUS, WILLIAM |
| | GRIJALVA, GONZALO | MANOFF, KASARAH |
| 20 | GUERRA ALVAREZ | MANZO CORTEZ, BEATRIS |
| | GUERRA V, ANGELA | MARINEZ, ROSEANA |
| 21 | GUILLEN, LEON | MARISCAL, DONACIANO |
| | GUZMAN, WALTER | MARQUEZ, MIGUEL |
| 22 | HARRIS, JERRY | MARRON FLORES |
| | HERALDEZ, ARMANDO | MARTELL RODRIGUEZ |
| 23 | HERDER, JOSHUA | MARTINEZ, JAVIER |
| | HERNANDEZ, BRAULIO | MARTINEZ GONZALES |
| 24 | HERNANDEZ, CRISTOBAL | MARTINEZ OJEDA |
| | HERNANDEZ, FELIPE | MARTINEZ SANCHEZ |
| 25 | HERNANDEZ, FRANCISCA | MARTINEZ TEJADA |
| | HERNANDEZ, JOSE | MEDRANO, DAGOBERTO |

*Complaint* 8

| | | |
|---|---|---|
| 1 | MEDEZ, JESUS | PERKINS, WILLIE |
| | MENDOZ FUENTES, IVAN | PINEDA, LUIS |
| 2 | MENDOZA, MARIO | PORTILLA ORTEGA, JOSE |
| | MENDOZA, MICHELLE | POWELL K, JAMES |
| 3 | MENDOZA CORONADO | QUETAWKI, CARLA |
| | MENDOZA ESCOBAR | RAMIRES MENDOZA, JUAN |
| 4 | MICHELE, FRANCISCO | RAMIREZ, EFRAIN |
| | MINJAREZ, GABRIEL | RAMIREZ R, LAURA |
| 5 | MIRANDA, NAVOR | RAYAS, FRANCISCO |
| | MIRANDA, TERESA | RAYMUNDO LOPEZ |
| 6 | MOLINA, JESUS | RAYMUNDO VASQUEZ |
| | MONJAREZ LOPEZ, MARIA | RAYOS, ROBERT |
| 7 | MONTES, ELGIN | RESENDIZ, GUILLERMO |
| | MONTIEL, EVINALDO | REY LEYVA, ALFREDO |
| 8 | MONTIEL, RIGOBERTO | REYES, RICARDO |
| | MONTIEL V, MARIBEL | REYES A, WALBERTO |
| 9 | MONTOYA, RAMON | RIOS, BARDOMIANO |
| | MORALES, ALBERTO | RIOS, CARMELA XOCUA |
| 10 | MORALES, CATALINA | RIOS, FRANCISCO |
| | MORALES, GUILLERMO | RIQUELME, IVONNE |
| 11 | MORALES, JOEL | RIVAS, ROY |
| | MORALES, RUDI | RIVERA, URIEL |
| 12 | MORALES PEREZ, RAFAEL | ROBLERO, JOSE |
| | MORENO, RUTH | ROCHEL, ABREGO |
| 13 | MORENO MENDEZ, JOSE | RODRIGUEZ, ANDY |
| | MOYA, EDWARD | RODRIGUEZ, CARLOS |
| 14 | NAVARETTE, YESSINIA | RODRIGUEZ, GUADALUPE |
| | NAVARRO LEON | RODRIGUEZ, MANUEL |
| 15 | NOVA, ANTHONY | RODRIGUEZ PEREZ |
| | OCAMP RANGEL, JAIRO | RODRIGUEZ PIMENTEL |
| 16 | ORTEGA, ERIKA | ROJAS, ANTONIO |
| | ORTIZ, CARLOS | ROJAS, GUILLERMINA |
| 17 | ORTIZ, EDUARDO | ROJAS, RAFAEL |
| | ORTIZ, ERIC | ROMERO, LUCY |
| 18 | ORTIZ, HOMERO | ROSALES R. UBALDO |
| | ORTIZ, OSVALDO | ROSS, JERDAWN |
| 19 | ORTIZ, SALVADOR | ROSS, TERRI JO |
| | ORTIZ ARGUELLO, VICTOR | RUBACALVA, ISRAEL |
| 20 | PALAFOX, JOSE | RUBIO, ALICIA |
| | PARRA COLORADO, OSCAR | RUIZ, BERNAVE |
| 21 | PERES CORRAL | RUIZ, LUZ |
| | PEREZ, AURELIANO | RUIZ, MARIA DE JESUS |
| 22 | PEREZ, DANIEL | SAENZ, EDUARDO |
| | PEREZ, FELIPE | SAENZ, SALCIDO, ALBERTO |
| 23 | PEREZ, GREGORIO | SALCIDO, RUSSELL |
| | PEREZ, GUADALUPE | SALGADO, TERESA |
| 24 | PEREZ, JUAN | SALGUERO, OSCAR |
| | PEREZ, JUANA | SANCHEZ, ANTHONY |
| 25 | PEREZ, JUDHIT | SANCHEZ, CANDELARIA |
| | PEREZ VASQUEZ, ROMEO | SANCHEZ, GEORGIANNA |

| | |
|---|---|
| SANCHEZ, JOSE | VARA TRUJILLO, MARCO |
| SANCHEZ, LUIS | VARGAS, ADELFO |
| SANCHEZ JARAS, EFREN | VARGAS, GILBERTO |
| SANCHEZ NIETO, MARIO | VARGAS, ROSA |
| SANTIAGO, JUNTOR | VARGAS C. CARMELO |
| SARIO, JEREMI | VASQUEZ, ALFREDO |
| SCHURTER, JIM | VASQUEZ, ROBERTO |
| SEBASTIAN, JUAN | VASQUEZ GUTIERREZ |
| SEGOVIA ORTIZ, VICTOR | VASQUEZ LOPEZ, JOSE |
| SETOYANT, GERMAN | VASQUEZ OSORIO, LUIS |
| SMITH, ROINNE | VEGA GONZALEZ, JESUS |
| SNEED, EDWARD | VELASCO, VALENTIN |
| SOLIS, JAVIER | VELASCO ZAMORA |
| SOLIS, MARCO | VELAZQUEZ, ARALDO |
| SORIANO CORDERO, JOSE | VERDOZA, JESSICA DEE |
| SOSA, ALEJANDRO | VIDAL, TERESA |
| STATKO, KEVIN | VIDAL TORRES, ANA |
| TECOMAHUA, FRANCISCO | VILLA, JOHNNIE |
| TENA, FEDERICO | VILLA, MARIA |
| TIESLEN, ESTHER | VILLA SALAS, BERTHA |
| TORRES, ELIZABETH | VILLANUEVA, ROXANA |
| TORRES, FERNANDO | VLLAPANDO, LAURO |
| TORRES, LAURA | VILLATORO, JUAN |
| TORRES FLORES, MANUEL | WATSON, TONYA |
| TRIANA, NORMA | WILLIAMS, FRANK |
| TRUJILLO, JOSE | YANES TORRES, ISRAEL |
| VALDEZ, CARLOS | ZACHARY, WILLIAM |
| VALDEZ, DAVID | ZAMORA, JOE |
| VALDINEZ, GERRADO | ZARAGOSA, JORGE |
| VALENCIA, GILBERT | ZERTUCHE, ANGEL |
| VALENZUELA, SAUL | |

*Complaint*   10