1
2
3
4
5
6                     UNITED STATES DISTRICT COURT FOR THE
7                                  DISTRICT OF ARIZONA
8
   HILDA L. SOLIS, Secretary of Labor, )  Case No.: CV 11-00586-PHX-SRB
9  United States Department of Labor,  )
                                        )  Hon. Susan R. Bolton
10                Plaintiff,            )
                                        )
11        v.                            )  JUDGMENT
                                        )
12 SWF LTD., d/b/a SOUTHWEST            )
   FLOOR CARE, an Arizona               )
13 corporation; TIMOTHY SHORT, an       )
   individual; JOLINE SHORT, an         )
14 individual; HUGH HULL, an            )
   individual; and DONNA MARIE          )
15 HULL, an individual,                 )
                                        )
16                Defendants.           )
                                        )
17

18      THE PARTIES by and through their representatives, have acknowledged
19 receipt of a copy of the Plaintiff's Complaint, have waived the entry of any
20 findings of fact and conclusions of law, and have agreed to the entry of this
21 Judgment in settlement of this case without contest.
22      Having reviewed the Consent Findings, signed by the Parties and filed
23 herein, and good cause appearing therefor, it is hereby ORDERED, ADJUDGED,
24 AND DECREED that:
25

*Judgment*                                  1

1. The previously described Consent Findings are incorporated herein and are hereby approved and made a part of this Judgment;

2. The Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH HULL**, their officers, agents, servants, and employees and those persons in active concert or participation with them shall be permanently enjoined and restrained from violating the provisions of Sections 15(a)(2) and 15(a)(5) of the Fair Labor Standards Act of 1938 ("FLSA" or the "Act"), 29 U.S.C. §§ 215(a)(2) and 215(a)(5), in any of the following manners:

    a. Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH HULL** shall not, contrary to sections 6 and 15(a)(2) of the FLSA, pay any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at a rate less than $7.25 per hour (or at a rate less than such other applicable minimum rate as may hereinafter be established by amendment to the Act).

    b. The Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH HULL**, shall not, contrary to section 7 of the FLSA, 29 U.S.C. § 207, employ any employee who in any workweek is engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of Section 3(s) of the FLSA, 29 U.S.C. § 203(s), for any workweek longer than 40 hours unless such employee receives compensation for his or her employment in excess of 40 hours in such workweek at a rate not less than one and one-half times the regular rate at which he or she is employed; and

1    c.     The Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH
2  HULL**, jointly and severally, shall not continue to withhold the payment of
3  $254,554.80 in unpaid minimum wage and overtime pay hereby found to be due
4  under the FLSA to SWF Ltd. employees for the period that began on May 1, 2008,
5  and that ended on May 1, 2010, as a result of their employment by the Defendants,
6  as they are listed by name in Exhibit A attached to this Judgment and incorporated
7  hereto by reference.
8    3.   (a)    All actions by Defendant Timothy Short alleged in the
9  Complaint were undertaken while married to Defendant Joline Short, his actions
10 benefited the marital community, and Timothy and Joline Short hold their assets as
11 community property.
12       (b)    All actions by Defendant Hugh Hull alleged in the Complaint
13 were undertaken while married to Defendant Donna Marie Hull, his actions
14 benefited the marital community, and Hugh and Donna Marie Hull hold their
15 assets as community property.
16    4.    The Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH
17 HULL** shall not request, solicit, suggest, or coerce, directly or indirectly, any
18 employee to return or to offer to return to the Defendants or to someone else for
19 the Defendants, any money or other thing of value in the form of cash, check, or
20 any other form, for wages previously due or to become due in the future to said
21 employee under the provisions of this Judgment or the FLSA; nor shall the
22 Defendants accept, or receive from any employee, directly or indirectly, any
23 money or other thing of value in the form of cash, check, or any other form, for
24 wages heretofore or hereafter paid to said employee under the provisions of this
25 Judgment or the FLSA; nor shall the Defendants discharge or in any other manner

1  discriminate, or solicit or encourage anyone else to discriminate, against any
2  employee because such employee has received and/or retained money paid to him
3  or her from any Defendant under the provisions of this Judgment or the FLSA.
4      5.   The Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH**
5  **HULL** agree that the filing, pursuit, and/or resolution of this proceeding with the
6  entry of this Judgment shall not act as or be asserted as a bar to any action under
7  Section 16(b) of the FLSA, 29 U.S.C. § 216(b), as to any employee not named on
8  the attached Exhibit A, nor as to any employee named on the attached Exhibit A
9  for any period not specified herein for the back wage recovery provisions.
10     6.   Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH HULL**
11 shall pay to the Plaintiff the sum of $254,554.80, which represents the amount of
12 back wages due under the Act, for those employees listed in Exhibit A hereof.
13     7.   Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH HULL**
14 shall pay to the Plaintiff the sum of $7,920.20, which represents the amount of post
15 judgment interest on the back wages at a rate of 1% per year.
16     8.   Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH HULL**
17 shall deliver to Plaintiff's representative, within ten day of the entry of this
18 Judgment, a listing in duplicate showing the name, last known address, and social
19 security number of each employee named in Exhibit A.  Such listing shall be
20 delivered to the U.S. Department of Labor, Wage and Hour Division, 230 N. First
21 Avenue, Suite 402, Phoenix, Arizona, 85003.
22     9.   The provisions of paragraphs 2(c), 6 and 7 of this Judgment will be
23 deemed satisfied where Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH**
24 **HULL** comply with the following provisions:
25

a. By May 1, 2011, Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH HULL** shall initiate repayment of the back wages described in paragraphs 2(c), 6 and 7 above by making an initial payment of $2,000.00. Defendants shall pay the remainder of the balance due, plus 1% annual interest, in 69 monthly installments, in accordance with the terms set forth in subparagraphs 9(b) and 9(c) below (and as set forth in attached Exhibit B).  Defendants may pay the remaining balance due in full at any time with no additional penalty or interest.

b. Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH HULL** shall make payments to the Secretary the first day of each month starting May 1, 2011.  The payments shall be as follows:

May 1, 2011 – April 1, 2012: $2,000.00 per month

May 1, 2012 – April 1, 2016: $4,000.00 per month

May 1, 2016 – December 1, 2016: $5,500.00 per month

January 1, 2017: $2,475.00

c. Defendants **SWF LTD., TIMOTHY SHORT** and **HUGH HULL** shall deliver checks to the Wage and Hour Division, United States Department of Labor, starting May 1, 2011, and again on or before the first day of every month (i.e., June 1, July 1, August 1, etc.) thereafter until the back wage recovery and post-judgment interest provisions of this Judgment have been satisfied in full for each person who is listed in the attached Exhibit A, pursuant to the following terms:

(1) Payments will be in the form of a cashiers check or money order with the firm's trade name and Wage Hour file number written on it ("Southwest Floor Care, 1547407"), payable to the order of the "Wage & Hour Div., Labor," in the amount due at the time of the payment as set forth in attached

Exhibit B.  The checks described in this subparagraph shall contain no expiration date.

   (2) Defendants shall send the checks by certified mail to:
    Wage and Hour Division  - Back Wages
    90 Seventh Street, Suite 13-100
    San Franicsco, CA  94103

  d.  In the event of any default in the timely making of any payment due under this Judgment, the full gross amount (under the back wage provisions of this Judgment) that then remains unpaid plus post-judgment interest (from the date of this Judgment until the full amount is paid in full at the rate of 10 percent per annum on the full balance outstanding, from the date of this Judgment until the payments remaining are paid in full) shall become due and payable upon Plaintiff sending by ordinary mail a written demand to the last business address of the Defendants known to the Plaintiff; the manner of the immediate payment shall in the case of the back wages be a certified or cashier's check or money order with the firm name written thereon payable to the order of the "Wage & Hour Div., Labor," and shall in the case of the interest on the back wages be a separate certified or cashier's check or money order with the firm name written thereon payable to the order of the "Wage & Hour Div., Labor."

  10. The amounts so paid by Defendants shall be used by the Secretary to satisfy the obligations imposed under the provisions of Section 16(c) of the FLSA, 29 U.S.C. § 216(c), and shall be distributed to the employees named and in the amount set forth in Exhibit A to this Judgment (or to their heirs or estates).  Any monies not distributed by the Wage and Hour Division because of a failure to locate an employee or because of an employee's refusal to accept said distribution

1 shall be deposited with the Treasurer of the United States, pursuant to 29 U.S.C.
2 § 216(c).
3     11.    The Secretary shall be responsible for deducting from the amounts
4 paid to employees named in Exhibit A the employees' share of F.I.C.A. and federal
5 income taxes, and for remitting said deductions to the appropriate federal agencies.
6     12.    Payment of the $254,554.80 in back wages (as described in
7 paragraphs 2(c) and 6) and $7,920.20 in post judgment interest (as described in
8 paragraph 7) shall be made from Defendant SWF Ltd.'s assets, Defendant Timothy
9 Short's separate property, Defendant Timothy Short's interest in the property that
10 may be held as community property with his spouse Defendant Joline Short,
11 Defendant Hugh Hull's separate property, and Defendant Hugh Hull's interest in
12 property that may be held as community property with his spouse Defendant
13 Donna Marie Hull.
14     13.    Each party shall bear its own fees and other expenses incurred by such
15 Party in connection with any stage of this proceeding.
16
17     Dated this 31st day of March, 2011.
18
19
20
21                               Susan R. Bolton
22                               United States District Judge
23
24
25

**EXHIBIT A**

| Employee | Back Wages Due | Post-Judgment Interest | Total Due |
|---|---:|---:|---:|
| ACEVEDO VILLA, SALOME | $1,885.38 | $58.66 | $1,944.04 |
| AGUIRRE, OSCAR | 43.07 | 1.34 | 44.41 |
| AISPURO, MARLENE | 42.67 | 1.33 | 44.00 |
| ALTAMIRANO, HUGO | 2,366.57 | 73.63 | 2,440.20 |
| ALTUZAR, ALIDA | 37.57 | 1.17 | 38.74 |
| ALVARADO, EDUARDO | 76.00 | 2.36 | 78.36 |
| ALVAREZ, ERIKA | 294.25 | 9.16 | 303.41 |
| AMADOR CARDENAS | 25.58 | 0.80 | 26.38 |
| AMANDA, MESSENGER | 222.23 | 6.91 | 229.14 |
| AMAYA, CESAR | 219.68 | 6.84 | 226.52 |
| AMBROCIO A, SERGIO | 881.04 | 27.41 | 908.45 |
| AMMONS, JORGE | 81.56 | 2.54 | 84.10 |
| ANDRADE, RAFAEL | 162.36 | 5.05 | 167.41 |
| ANICUA, JOSE | 144.66 | 4.50 | 149.16 |
| APALE ROJAS, VENANCIO | 744.80 | 23.17 | 767.97 |
| ARAIZA, SILVIA | 28.43 | 0.88 | 29.31 |
| ARGUELLO JIMENEZ | 2,923.86 | 90.97 | 3,014.83 |
| ARIAS CRUZ, BEATRIS | 98.16 | 3.05 | 101.21 |
| ARIAS DE RIOS, MARIA | 988.98 | 30.77 | 1,019.75 |
| ARIPSE, MARY | 52.09 | 1.62 | 53.71 |
| ARIZAGA MORELOS | 143.90 | 4.48 | 148.38 |
| ARNALDO ALVARADO | 125.31 | 3.90 | 129.21 |
| ARROYO, ROSIE | 423.99 | 13.19 | 437.18 |
| ASHLEY, DONNA | 191.12 | 5.95 | 197.07 |
| AVALOS, CESAR | 178.99 | 5.57 | 184.56 |
| AVENDANO, JUAN | 56.49 | 1.76 | 58.25 |
| AVILA, ALFREDO | 121.08 | 3.77 | 124.85 |
| AVILA AVALOS, ALMA | 33.31 | 1.04 | 34.35 |
| AVILA ROBLES, ROBERTO | 230.74 | 7.18 | 237.92 |
| BADILLA, ARSENIO | 8,792.33 | 273.56 | 9,065.89 |
| BAHENA, MARIA | 68.81 | 2.14 | 70.95 |
| BALADA, JULIO | 86.83 | 2.70 | 89.53 |
| BALDERAS, ALFONSO | 6,310.62 | 196.35 | 6,506.97 |
| BANUELOS, JUAN | 161.18 | 5.01 | 166.19 |
| BARRAZO, MONIQUE | 365.86 | 11.38 | 377.24 |
| BARRON, SERGIO | 42.21 | 1.31 | 43.52 |
| BENITEZ-LOPEZ, ANGEL | 23.24 | 0.72 | 23.96 |
| BERRALLEZA, SERGIO | 273.92 | 8.52 | 282.44 |
| BORBOA, MIGUEL | 1,614.81 | 50.24 | 1,665.05 |
| BRIONES, PATRICIA | 37.13 | 1.16 | 38.29 |
| BUSTAMANTE, VIVIAN | 895.13 | 27.85 | 922.98 |
| BUSTOS, CARLOS | 715.60 | 22.27 | 737.87 |
| CAMPAS, SUSANA | 248.16 | 7.72 | 255.88 |
| CAMPOS, CARLOS | 35.36 | 1.10 | 36.46 |
| CAMPOSECO VELAZQUEZ | 2,249.92 | 70.00 | 2,319.92 |
| CANTORAL HERNANDEZ | 717.92 | 22.34 | 740.26 |

*Judgment* 8

| Name | | | |
|---|---:|---:|---:|
| CARRASCO JORGE | 143.87 | 4.48 | 148.35 |
| CARRILLO H, DOMINGO | 2,193.97 | 68.26 | 2,262.23 |
| CASTILLO, DANILO JOSE | 1,840.64 | 57.27 | 1,897.91 |
| CASTILLO, DENISH | 423.91 | 13.19 | 437.10 |
| CASTILLO, GERRADO | 87.21 | 2.71 | 89.92 |
| CASTILLO, JOSE | 724.73 | 22.55 | 747.28 |
| CASTILLO, MARIA | 60.40 | 1.88 | 62.28 |
| CASTREJON, RICARDO | 71.25 | 2.22 | 73.47 |
| CASTRO, FRANCISCO | 169.13 | 5.26 | 174.39 |
| CASTRO, OCTAVIO | 2,063.19 | 64.19 | 2,127.38 |
| CHAPARRO VALDEZ | 297.47 | 9.26 | 306.73 |
| CHAVARRIA, SAUL | 25.46 | 0.79 | 26.25 |
| CORONA, CORCUERA | 653.10 | 20.32 | 673.42 |
| COTA, JESSICA | 194.80 | 6.06 | 200.86 |
| CRUZ, MIRNA | 76.55 | 2.38 | 78.93 |
| CRUZ, NOEMI | 119.62 | 3.72 | 123.34 |
| CRUZ HERNANDEZ JOSE | 2,220.42 | 69.09 | 2,289.51 |
| CRUZ VAZQUEZ PEDRO | 777.06 | 24.18 | 801.24 |
| DASTIN, M | 60.66 | 1.89 | 62.55 |
| DIAZ, GUADALUPE | 2,190.41 | 68.15 | 2,258.56 |
| DIAZ GOMEZ CARLOS | 54.02 | 1.68 | 55.70 |
| DIAZ LOPEZ, JOSE MANUEL | 1,566.78 | 48.75 | 1,615.53 |
| DOMINGUEZ, EDUARDO | 37.26 | 1.16 | 38.42 |
| DONGE AVILA, REYNA | 2,022.59 | 62.93 | 2,085.52 |
| DORME, GARCIA | 1,178.01 | 36.65 | 1,214.66 |
| DUARTE, JOSE LUIS | 3,572.50 | 111.15 | 3,683.65 |
| DUARTE ARROYO, ROSIE | 91.33 | 2.84 | 94.17 |
| ESCALANTE, OBED | 85.86 | 2.67 | 88.53 |
| ESCOBAR, EDMUNDO | 3,220.09 | 100.19 | 3,320.28 |
| ESCOBAR, GILDA | 1,242.40 | 38.66 | 1,281.06 |
| ESCOBAR, MARTHA | 400.38 | 12.46 | 412.84 |
| ESCORCIA, OSVALDO | 65.53 | 2.04 | 67.57 |
| ESPARZA, JAVIER | 423.25 | 13.17 | 436.42 |
| ESPARZA COTA, ERIKA | 80.14 | 2.49 | 82.63 |
| ESPINO, FEDERICO | 656.69 | 20.43 | 677.12 |
| ESPINO, YESSICA | 44.19 | 1.37 | 45.56 |
| ESPINOSA, ABILIO | 4,056.62 | 126.22 | 4,182.84 |
| ESPINOSA, GALINDO | 661.67 | 20.59 | 682.26 |
| ESPINOSA, LIZBETH | 192.61 | 5.99 | 198.60 |
| ESPINOZA, MARTIZA | 29.08 | 0.90 | 29.98 |
| ESQUIVEL, ALEJANDRO | 822.12 | 25.58 | 847.70 |
| ESTRADA HERNANDEZ | 2,609.19 | 81.18 | 2,690.37 |
| FABIAN, JUAN | 110.83 | 3.45 | 114.28 |
| FELIPE LUIS, ROSARIO | 53.04 | 1.65 | 54.69 |
| FERRER, DANIEL | 1,562.89 | 48.63 | 1,611.52 |
| FERRER, GERRADO | 832.67 | 25.91 | 858.58 |
| FERRER, HECTOR | 101.81 | 3.17 | 104.98 |
| FERRER, JOSE | 41.74 | 1.30 | 43.04 |
| FERRER, JUAN | 74.66 | 2.32 | 76.98 |
| FERRER, LAURA | 100.14 | 3.12 | 103.26 |

| Name | | | |
|---|---:|---:|---:|
| FIGUEROA, IGNACIO | 28.76 | 0.89 | 29.65 |
| FLORES, ARTURO | 27.93 | 0.87 | 28.80 |
| FLORES, NIEVES, MARK | 40.81 | 1.27 | 42.08 |
| FONTANES SANCHEZ | 76.16 | 2.37 | 78.53 |
| FRANCO, JESUS | 1,187.45 | 36.95 | 1,224.40 |
| GALLARDO, LOUIS | 23.37 | 0.73 | 24.10 |
| GALLEGOS, ANTONIA | 602.03 | 18.73 | 620.76 |
| GALVAN, JULIO | 424.41 | 13.21 | 437.62 |
| GARCIA, ALBERTO | 113.45 | 3.53 | 116.98 |
| GARCIA, ALEJANDRO | 146.51 | 4.56 | 151.07 |
| GARCIA, ANDRES | 1,203.54 | 37.45 | 1,240.99 |
| GARCIA, ANGELICA | 741.07 | 23.06 | 764.13 |
| GARCIA, DANIEL | 343.64 | 10.69 | 354.33 |
| GARCIA, ELMA | 195.53 | 6.08 | 201.61 |
| GARCIA, RODOLFO | 1,322.49 | 41.15 | 1,363.64 |
| GARCIA, ROMAN | 939.11 | 29.22 | 968.33 |
| GARZA, CECELIA | 348.09 | 10.83 | 358.92 |
| GERVACIOS, SERGIO | 1,149.65 | 35.77 | 1,185.42 |
| GERVACIOS GROTH | 1,831.90 | 57.00 | 1,888.90 |
| GOMEZ, DANIEL | 99.55 | 3.10 | 102.65 |
| GOMEZ VELAZCO | 1,029.09 | 32.02 | 1,061.11 |
| GONALES, DANYA | 1,398.33 | 43.51 | 1,441.84 |
| GONZALES, ALMA | 62.89 | 1.96 | 64.85 |
| GONZALES, FRANCISCO | 2,954.45 | 91.92 | 3,046.37 |
| GONZALES, MARIA | 205.37 | 6.39 | 211.76 |
| GONZALES, MARTHA | 675.18 | 21.01 | 696.19 |
| GONZALES, ROGELIO | 577.89 | 17.98 | 595.87 |
| GONZALES RUIZ, MARTINA | 793.23 | 24.68 | 817.91 |
| GONZALEZ, OSVALDO | 650.39 | 20.24 | 670.63 |
| GONZALEZ, TERESA | 921.74 | 28.68 | 950.42 |
| GONZALEZ, ESPINOSA | 482.02 | 15.00 | 497.02 |
| GONZALEZ RUIZ, PEDRO | 2,170.84 | 67.54 | 2,238.38 |
| GRANILLO, MARTHA | 43.19 | 1.34 | 44.53 |
| GRIJALVA, GONZALO | 124.68 | 3.88 | 128.56 |
| GUERRA ALVAREZ | 2,305.88 | 71.74 | 2,377.62 |
| GUERRA V, ANGELA | 1,464.15 | 45.56 | 1,509.71 |
| GUILLEN, LEON | 1,985.04 | 61.76 | 2,046.80 |
| GUZMAN, WALTER | 42.99 | 1.34 | 44.33 |
| HARRIS, JERRY | 157.65 | 4.91 | 162.56 |
| HERALDEZ, ARMANDO | 101.47 | 3.16 | 104.63 |
| HERDER, JOSHUA | 651.97 | 20.29 | 672.26 |
| HERNANDEZ, BRAULIO | 250.82 | 7.80 | 258.62 |
| HERNANDEZ, CRISTOBAL | 2,684.12 | 83.51 | 2,767.63 |
| HERNANDEZ, FELIPE | 529.68 | 16.48 | 546.16 |
| HERNANDEZ, FRANCISCA | 358.64 | 11.16 | 369.80 |
| HERNANDEZ, JOSE | 951.02 | 29.59 | 980.61 |
| HERNANDEZ, MARIA | 1,104.07 | 34.35 | 1,138.42 |
| HERNANDEZ, OTILIO | 203.77 | 6.34 | 210.11 |
| HERNANDEZ, PATRICIA | 372.22 | 11.58 | 383.80 |
| HERNANDEZ ERNANDEZ | 1,943.31 | 60.46 | 2,003.77 |

*Judgment* 10

| Name | Amount | Interest | Total |
|---|---:|---:|---:|
| HERNANDEZ HERNANDEZ | 2,795.83 | 86.99 | 2,882.82 |
| HERNANDEZ L, SANDRA | 2,208.47 | 68.71 | 2,277.18 |
| HERNANDEZ LOPEZ | 816.38 | 25.40 | 841.78 |
| HERNANDEZ LOPEZ, SINDY | 2,580.08 | 80.28 | 2,660.36 |
| HERNANDEZ MELCHOR | 239.76 | 7.46 | 247.22 |
| HERNANDEZ SANTIAGO | 2,081.88 | 64.78 | 2,146.66 |
| HERRERA, CLAUDIO | 296.82 | 9.24 | 306.06 |
| HERRERA, JUVENICO | 66.21 | 2.06 | 68.27 |
| HERRERA MALDONADO | 341.53 | 10.63 | 352.16 |
| HERRERA SANCHEZ | 65.65 | 2.04 | 67.69 |
| HINES, TABITHA | 39.88 | 1.24 | 41.12 |
| HOPE, JONATHAN | 907.08 | 28.22 | 935.30 |
| JAQUEZ RODRIGUEZ | 1,084.20 | 33.73 | 1,117.93 |
| JAVIER, LARA | 110.03 | 3.42 | 113.45 |
| JIMENEZ, FLORIBERTO | 54.24 | 1.69 | 55.93 |
| JIMENEZ, ROSEMBERG | 145.41 | 4.52 | 149.93 |
| JOSYTEWA, LINO | 225.13 | 7.00 | 232.13 |
| JUAREZ GARCIA, RAFAELA | 1,732.38 | 53.90 | 1,786.28 |
| LEUE FLORES, GRISELDA | 45.08 | 1.40 | 46.48 |
| LOPEZ, CARLOS | 48.98 | 1.52 | 50.50 |
| LOPEZ, ENRIQUE | 1,095.83 | 34.10 | 1,129.93 |
| LOPEZ, MARIANA | 985.30 | 30.66 | 1,015.96 |
| LOPEZ CUEVAS, MARIA | 2,189.13 | 68.11 | 2,257.24 |
| LOPEZ GARCIA, HEIDY | 2,738.04 | 85.19 | 2,823.23 |
| LOPEZ PEREZ, YOVANI | 91.77 | 2.86 | 94.63 |
| LOPEZ SANTIAGO, GLORIA | 822.75 | 25.60 | 848.35 |
| LOYA, ZOILA | 82.79 | 2.58 | 85.37 |
| LOZANO, ANTONIO | 2,385.16 | 74.21 | 2,459.37 |
| LUGO, JULIO | 158.38 | 4.93 | 163.31 |
| LUNA VELAZCO, CESAR | 107.68 | 3.35 | 111.03 |
| LYNN, JESSICA | 65.23 | 2.03 | 67.26 |
| MALDONADO, ADRIAN | 1,733.15 | 53.93 | 1,787.08 |
| MANGUS, WILLIAM | 249.90 | 7.78 | 257.68 |
| MANOFF, KASARAH | 1,180.97 | 36.74 | 1,217.71 |
| MANZO CORTEZ, BEATRIS | 323.09 | 10.05 | 333.14 |
| MARINEZ, ROSEANA | 46.36 | 1.44 | 47.80 |
| MARISCAL, DONACIANO | 34.14 | 1.06 | 35.20 |
| MARQUEZ, MIGUEL | 703.90 | 21.90 | 725.80 |
| MARRON FLORES | 45.56 | 1.42 | 46.98 |
| MARTELL RODRIGUEZ | 108.36 | 3.37 | 111.73 |
| MARTINEZ, JAVIER | 2,161.74 | 67.26 | 2,229.00 |
| MARTINEZ GONZALES | 105.37 | 3.28 | 108.65 |
| MARTINEZ OJEDA | 394.41 | 12.27 | 406.68 |
| MARTINEZ SANCHEZ | 914.54 | 28.45 | 942.99 |
| MARTINEZ TEJADA | 777.33 | 24.19 | 801.52 |
| MEDRANO, DAGOBERTO | 374.15 | 11.64 | 385.79 |
| MEDEZ, JESUS | 209.27 | 6.51 | 215.78 |
| MENDOZ FUENTES, IVAN | 3,706.21 | 115.31 | 3,821.52 |
| MENDOZA, MARIO | 1,053.10 | 32.77 | 1,085.87 |
| MENDOZA, MICHELLE | 532.22 | 16.56 | 548.78 |

*Judgment*  11

| | | | |
|---|---:|---:|---:|
| MENDOZA CORONADO | 27.47 | 0.85 | 28.32 |
| MENDOZA ESCOBAR | 472.57 | 14.70 | 487.27 |
| MICHELE, FRANCISCO | 362.83 | 11.29 | 374.12 |
| MINJAREZ, GABRIEL | 50.42 | 1.57 | 51.99 |
| MIRANDA, NAVOR | 24.65 | 0.77 | 25.42 |
| MIRANDA, TERESA | 40.61 | 1.26 | 41.87 |
| MOLINA, JESUS | 243.43 | 7.57 | 251.00 |
| MONJAREZ LOPEZ, MARIA | 42.00 | 1.31 | 43.31 |
| MONTES, ELGIN | 65.54 | 2.04 | 67.58 |
| MONTIEL, EVINALDO | 229.16 | 7.13 | 236.29 |
| MONTIEL, RIGOBERTO | 265.06 | 8.25 | 273.31 |
| MONTIEL V, MARIBEL | 583.67 | 18.16 | 601.83 |
| MONTOYA, RAMON | 3,106.02 | 96.64 | 3,202.66 |
| MORALES, ALBERTO | 383.50 | 11.93 | 395.43 |
| MORALES, CATALINA | 268.27 | 8.35 | 276.62 |
| MORALES, GUILLERMO | 54.94 | 1.71 | 56.65 |
| MORALES, JOEL | 248.13 | 7.72 | 255.85 |
| MORALES, RUDI | 47.15 | 1.47 | 48.62 |
| MORALES PEREZ, RAFAEL | 166.84 | 5.19 | 172.03 |
| MORENO, RUTH | 149.81 | 4.66 | 154.47 |
| MORENO MENDEZ, JOSE | 8,616.82 | 268.10 | 8,884.92 |
| MOYA, EDWARD | 728.14 | 22.66 | 750.80 |
| NAVARETTE, YESSINIA | 470.03 | 14.62 | 484.65 |
| NAVARRO LEON | 175.48 | 5.46 | 180.94 |
| NOVA, ANTHONY | 70.55 | 2.20 | 72.75 |
| OCAMP RANGEL, JAIRO | 48.42 | 1.51 | 49.93 |
| ORTEGA, ERIKA | 1,171.18 | 36.44 | 1,207.62 |
| ORTIZ, CARLOS | 146.43 | 4.56 | 150.99 |
| ORTIZ, EDUARDO | 35.91 | 1.12 | 37.03 |
| ORTIZ, ERIC | 101.27 | 3.15 | 104.42 |
| ORTIZ, HOMERO | 76.02 | 2.37 | 78.39 |
| ORTIZ, OSVALDO | 40.81 | 1.27 | 42.08 |
| ORTIZ, SALVADOR | 119.17 | 3.71 | 122.88 |
| ORTIZ ARGUELLO, VICTOR | 99.38 | 3.09 | 102.47 |
| PALAFOX, JOSE | 1,442.84 | 44.89 | 1,487.73 |
| PARRA COLORADO, OSCAR | 2,012.43 | 62.61 | 2,075.04 |
| PERES CORRAL | 167.08 | 5.20 | 172.28 |
| PEREZ, AURELIANO | 265.06 | 8.25 | 273.31 |
| PEREZ, DANIEL | 583.37 | 18.15 | 601.52 |
| PEREZ, FELIPE | 66.28 | 2.06 | 68.34 |
| PEREZ, GREGORIO | 39.90 | 1.24 | 41.14 |
| PEREZ, GUADALUPE | 1,693.18 | 52.68 | 1,745.86 |
| PEREZ, JUAN | 1,683.49 | 52.38 | 1,735.87 |
| PEREZ, JUANA | 3,868.93 | 120.38 | 3,989.31 |
| PEREZ, JUDHIT | 189.13 | 5.88 | 195.01 |
| PEREZ VASQUEZ, ROMEO | 1,083.69 | 33.72 | 1,117.41 |
| PERKINS, WILLIE | 75.35 | 2.34 | 77.69 |
| PINEDA, LUIS | 1,415.65 | 44.05 | 1,459.70 |
| PORTILLA ORTEGA, JOSE | 490.50 | 15.26 | 505.76 |
| POWELL K, JAMES | 281.56 | 8.76 | 290.32 |

*Judgment*                  12

| | | | |
|---|---:|---:|---:|
| QUETAWKI, CARLA | 85.49 | 2.66 | 88.15 |
| RAMIRES MENDOZA, JUAN | 772.87 | 24.05 | 796.92 |
| RAMIREZ, EFRAIN | 470.34 | 14.63 | 484.97 |
| RAMIREZ R, LAURA | 697.18 | 21.69 | 718.87 |
| RAYAS, FRANCISCO | 157.51 | 4.90 | 162.41 |
| RAYMUNDO LOPEZ | 759.82 | 23.64 | 783.46 |
| RAYMUNDO VASQUEZ | 2,130.76 | 66.30 | 2,197.06 |
| RAYOS, ROBERT | 932.88 | 29.03 | 961.91 |
| RESENDIZ, GUILLERMO | 2,256.59 | 70.21 | 2,326.80 |
| REY LEYVA, ALFREDO | 480.58 | 14.95 | 495.53 |
| REYES, RICARDO | 145.00 | 4.51 | 149.51 |
| REYES A, WALBERTO | 79.47 | 2.47 | 81.94 |
| RIOS, BARDOMIANO | 1,891.85 | 58.86 | 1,950.71 |
| RIOS, CARMELA XOCUA | 1,306.61 | 40.65 | 1,347.26 |
| RIOS, FRANCISCO | 1,350.85 | 42.03 | 1,392.88 |
| RIQUELME, IVONNE | 849.66 | 26.44 | 876.10 |
| RIVAS, ROY | 183.88 | 5.72 | 189.60 |
| RIVERA, URIEL | 448.42 | 13.95 | 462.37 |
| ROBLERO, JOSE | 2,341.21 | 72.84 | 2,414.05 |
| ROCHEL, ABREGO | 76.74 | 2.39 | 79.13 |
| RODRIGUEZ, ANDY | 61.59 | 1.92 | 63.51 |
| RODRIGUEZ, CARLOS | 375.01 | 11.67 | 386.68 |
| RODRIGUEZ, GUADALUPE | 39.72 | 1.24 | 40.96 |
| RODRIGUEZ, MANUEL | 5,435.91 | 169.13 | 5,605.04 |
| RODRIGUEZ PEREZ | 1,300.40 | 40.46 | 1,340.86 |
| RODRIGUEZ PIMENTEL | 1,283.11 | 39.92 | 1,323.03 |
| ROJAS, ANTONIO | 1,233.12 | 38.37 | 1,271.49 |
| ROJAS, GUILLERMINA | 2,486.59 | 77.37 | 2,563.96 |
| ROJAS, RAFAEL | 154.48 | 4.81 | 159.29 |
| ROMERO, LUCY | 1,183.30 | 36.82 | 1,220.12 |
| ROSALES R. UBALDO | 1,763.49 | 54.87 | 1,818.36 |
| ROSS, JERDAWN | 221.39 | 6.89 | 228.28 |
| ROSS, TERRI JO | 130.46 | 4.06 | 134.52 |
| RUBACALVA, ISRAEL | 80.18 | 2.49 | 82.67 |
| RUBIO, ALICIA | 28.36 | 0.88 | 29.24 |
| RUIZ, BERNAVE | 62.54 | 1.95 | 64.49 |
| RUIZ, LUZ | 35.36 | 1.10 | 36.46 |
| RUIZ, MARIA DE JESUS | 325.62 | 10.13 | 335.75 |
| SAENZ, EDUARDO | 172.82 | 5.38 | 178.20 |
| SAENZ, SALCIDO, ALBERTO | 35.85 | 1.12 | 36.97 |
| SALCIDO, RUSSELL | 286.63 | 8.92 | 295.55 |
| SALGADO, TERESA | 41.11 | 1.28 | 42.39 |
| SALGUERO, OSCAR | 130.73 | 4.07 | 134.80 |
| SANCHEZ, ANTHONY | 859.35 | 26.74 | 886.09 |
| SANCHEZ, CANDELARIA | 861.15 | 26.79 | 887.94 |
| SANCHEZ, GEORGIANNA | 50.19 | 1.56 | 51.75 |
| SANCHEZ, JOSE | 71.46 | 2.22 | 73.68 |
| SANCHEZ, LUIS | 390.72 | 12.16 | 402.88 |
| SANCHEZ JARAS, EFREN | 42.60 | 1.33 | 43.93 |
| SANCHEZ NIETO, MARIO | 91.79 | 2.86 | 94.65 |

*Judgment*                                           13

| Name | | | |
|---|---:|---:|---:|
| SANTIAGO, JUNTOR | 40.37 | 1.26 | 41.63 |
| SARIO, JEREMI | 2,770.03 | 86.19 | 2,856.22 |
| SCHURTER, JIM | 1,189.29 | 37.00 | 1,226.29 |
| SEBASTIAN, JUAN | 464.84 | 14.46 | 479.30 |
| SEGOVIA ORTIZ, VICTOR | 100.95 | 3.14 | 104.09 |
| SETOYANT, GERMAN | 177.64 | 5.53 | 183.17 |
| SMITH, ROINNE | 161.59 | 5.03 | 166.62 |
| SNEED, EDWARD | 129.93 | 4.04 | 133.97 |
| SOLIS, JAVIER | 77.03 | 2.40 | 79.43 |
| SOLIS, MARCO | 1,401.65 | 43.61 | 1,445.26 |
| SORIANO CORDERO, JOSE | 1,086.43 | 33.80 | 1,120.23 |
| SOSA, ALEJANDRO | 28.09 | 0.87 | 28.96 |
| STATKO, KEVIN | 87.50 | 2.72 | 90.22 |
| TECOMAHUA, FRANCISCO | 170.27 | 5.30 | 175.57 |
| TENA, FEDERICO | 89.40 | 2.78 | 92.18 |
| TIESLEN, ESTHER | 122.31 | 3.81 | 126.12 |
| TORRES, ELIZABETH | 45.10 | 1.40 | 46.50 |
| TORRES, FERNANDO | 118.53 | 3.69 | 122.22 |
| TORRES, LAURA | 643.93 | 20.04 | 663.97 |
| TORRES FLORES, MANUEL | 1,970.57 | 61.31 | 2,031.88 |
| TRIANA, NORMA | 279.23 | 8.69 | 287.92 |
| TRUJILLO, JOSE | 1,220.04 | 37.96 | 1,258.00 |
| VALDEZ, CARLOS | 616.06 | 19.17 | 635.23 |
| VALDEZ, DAVID | 458.70 | 14.27 | 472.97 |
| VALDINEZ, GERRADO | 421.13 | 13.10 | 434.23 |
| VALENCIA, GILBERT | 265.62 | 8.26 | 273.88 |
| VALENZUELA, SAUL | 645.84 | 20.09 | 665.93 |
| VARA TRUJILLO, MARCO | 1,448.54 | 45.07 | 1,493.61 |
| VARGAS, ADELFO | 76.12 | 2.37 | 78.49 |
| VARGAS, GILBERTO | 377.55 | 11.75 | 389.30 |
| VARGAS, ROSA | 225.56 | 7.02 | 232.58 |
| VARGAS C. CARMELO | 88.19 | 2.74 | 90.93 |
| VASQUEZ, ALFREDO | 28.79 | 0.90 | 29.69 |
| VASQUEZ, ROBERTO | 904.69 | 28.15 | 932.84 |
| VASQUEZ GUTIERREZ | 652.49 | 20.30 | 672.79 |
| VASQUEZ LOPEZ, JOSE | 126.62 | 3.94 | 130.56 |
| VASQUEZ OSORIO, LUIS | 97.19 | 3.02 | 100.21 |
| VEGA GONZALEZ, JESUS | 102.96 | 3.20 | 106.16 |
| VELASCO, VALENTIN | 83.77 | 2.61 | 86.38 |
| VELASCO ZAMORA | 932.27 | 29.01 | 961.28 |
| VELAZQUEZ, ARALDO | 591.10 | 18.39 | 609.49 |
| VERDOZA, JESSICA DEE | 58.35 | 1.82 | 60.17 |
| VIDAL, TERESA | 1,759.31 | 54.74 | 1,814.05 |
| VIDAL TORRES, ANA | 537.98 | 16.74 | 554.72 |
| VILLA, JOHNNIE | 404.21 | 12.58 | 416.79 |
| VILLA, MARIA | 88.89 | 2.77 | 91.66 |
| VILLA SALAS, BERTHA | 644.43 | 20.05 | 664.48 |
| VILLANUEVA, ROXANA | 115.74 | 3.60 | 119.34 |
| VLLAPANDO, LAURO | 532.38 | 16.56 | 548.94 |
| VILLATORO, JUAN | 280.44 | 8.73 | 289.17 |

| | | | |
|---|---:|---:|---:|
| WATSON, TONYA | 34.34 | 1.07 | 35.41 |
| WILLIAMS, FRANK | 39.46 | 1.23 | 40.69 |
| YANES TORRES, ISRAEL | 32.34 | 1.01 | 33.35 |
| ZACHARY, WILLIAM | 291.72 | 9.08 | 300.80 |
| ZAMORA, JOE | 73.25 | 2.28 | 75.53 |
| ZARAGOSA, JORGE | 58.09 | 1.81 | 59.90 |
| ZERTUCHE, ANGEL | 3,193.87 | 99.37 | 3,293.24 |
| **TOTAL:** | **$254,554.80** | **$7,920.20** | **$262,475.00** |

**EXHIBIT B**

**PAYMENT SCHEDULE**

| Date | Amount | | Date | Amount |
|---|---|---|---|---|
| | | | January 1, 2015 | $4,000.00 |
| | | | February 1, 2015 | $4,000.00 |
| May 1, 2011 | $2,000.00 | | March 1, 2015 | $4,000.00 |
| June 1, 2011 | $2,000.00 | | April 1, 2015 | $4,000.00 |
| July 1, 2011 | $2,000.00 | | May 1, 2015 | $4,000.00 |
| August 1, 2011 | $2,000.00 | | June 1, 2015 | $4,000.00 |
| September 1, 2011 | $2,000.00 | | July 1, 2015 | $4,000.00 |
| October 1, 2011 | $2,000.00 | | August 1, 2015 | $4,000.00 |
| November 1, 2011 | $2,000.00 | | September 1, 2015 | $4,000.00 |
| December 1, 2011 | $2,000.00 | | October 1, 2015 | $4,000.00 |
| January 1, 2012 | $2,000.00 | | November 1, 2015 | $4,000.00 |
| February 1, 2012 | $2,000.00 | | December 1, 2015 | $4,000.00 |
| March 1, 2012 | $2,000.00 | | January 1, 2016 | $4,000.00 |
| April 1, 2012 | $2,000.00 | | February 1, 2016 | $4,000.00 |
| May 1, 2012 | $4,000.00 | | March 1, 2016 | $4,000.00 |
| June 1, 2012 | $4,000.00 | | April 1, 2016 | $4,000.00 |
| July 1, 2012 | $4,000.00 | | May 1, 2016 | $5,500.00 |
| August 1, 2012 | $4,000.00 | | June 1, 2016 | $5,500.00 |
| September 1, 2012 | $4,000.00 | | July 1, 2016 | $5,500.00 |
| October 1, 2012 | $4,000.00 | | August 1, 2016 | $5,500.00 |
| November 1, 2012 | $4,000.00 | | September 1, 2016 | $5,500.00 |
| December 1, 2012 | $4,000.00 | | October 1, 2016 | $5,500.00 |
| January 1, 2013 | $4,000.00 | | November 1, 2016 | $5,500.00 |
| February 1, 2013 | $4,000.00 | | December 1, 2016 | $5,500.00 |
| March 1, 2013 | $4,000.00 | | January 1, 2017 | $2,475.00 |
| April 1, 2013 | $4,000.00 | | | |
| May 1, 2013 | $4,000.00 | | TOTAL: | $262,475.00 |
| June 1, 2013 | $4,000.00 | | | |
| July 1, 2013 | $4,000.00 | | | |
| August 1, 2013 | $4,000.00 | | | |
| September 1, 2013 | $4,000.00 | | | |
| October 1, 2013 | $4,000.00 | | | |
| November 1, 2013 | $4,000.00 | | | |
| December 1, 2013 | $4,000.00 | | | |
| January 1, 2014 | $4,000.00 | | | |
| February 1, 2014 | $4,000.00 | | | |
| March 1, 2014 | $4,000.00 | | | |
| April 1, 2014 | $4,000.00 | | | |
| May 1, 2014 | $4,000.00 | | | |
| June 1, 2014 | $4,000.00 | | | |
| July 1, 2014 | $4,000.00 | | | |
| August 1, 2014 | $4,000.00 | | | |
| September 1, 2014 | $4,000.00 | | | |
| October 1, 2014 | $4,000.00 | | | |
| November 1, 2014 | $4,000.00 | | | |
| December 1, 2014 | $4,000.00 | | | |

*Judgment*                                16